UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEACHBODY, LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>KTEAM ENTERPRISES LTD., 4K-ULTRA-HD-MOVIES.COM AND MR. FRANKIE GORDON,<br><br>    Defendants. | Case No.: 2:16-cv-3054-AB-MRW<br><br>[Assigned for all purposes to Hon. André Birotte Jr., Courtroom 7B]<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFF BEACHBODY, LLC ON ITS TRADEMARK INFRINGEMENT CLAIM AND GRANTING A PERMANENT INJUNCTION AGAINST DEFENDANTS** |

On June 19, 2017, the Court granted Plaintiff Beachbody, LLC's (hereinafter "Plaintiff") Motion for Default Judgment against Kteam Enterprises, Ltd., 4k-Ultra-HD-Movies.com, and Frankie Gordon (hereinafter "Defendants") as to Plaintiff's claim for trademark infringement (15 U.S.C. §§ 1114-1117). A true and correct copy of that Order can be found at Docket Entry No. 27.

Based on the foregoing, **IT IS HEREBY ORDERED, ADJUDGED and DECREED** that:

A judgment in favor of Plaintiff on its trademark infringement claim and against Defendants is hereby entered, and Defendants are permanently enjoined from using "BEACHBODY" and "TOPBEACHBODY," or any mark comprising the term BEACHBODY or confusingly similar variations thereof in connection with the sale, offer for sale, advertisement, promotion, marketing and/or distribution of videos or other related goods or services.

**IT IS SO ORDERED.**

Dated: July 11, 2017

Honorable André Birotte Jr.
United States District Court Judge
Central District of California